UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-3679-MWF(AFMx)**                                        Dated: **August 16, 2022**

Title:      Erika Gallardo -v- Equifax Information Services, LLC, et al.

**PRESENT:** HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                         None Present

**PROCEEDINGS (IN CHAMBERS):        COURT ORDER**

    In light of the Notice of Intent to Settle Between Plaintiff and Equifax Information Services, LLC [12] filed August 7, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for October 17, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                                         Initials of Deputy Clerk   rs
CIVIL - GEN